IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 00-F-379 (OES)

SAN JUAN CITIZENS' ALLIANCE,
SOUTHERN UTE GRASSROOTS ORGANIZATION,

    Plaintiffs,

v.

BRUCE BABBITT, Secretary, United States Department of the Interior; and the
UNITED STATES BUREAU OF LAND MANAGEMENT,

    Defendants,

and

SOUTHERN UTE INDIAN TRIBE, and
AMOCO PRODUCTION COMPANY,

    Intervenors.

---

## ORDER VACATING STATUS CONFERENCE AND
## APPROVING BRIEFING SCHEDULE

---

The Court previously set a status conference in this case for June 22, 2005 at 2:00 p.m. On June 15, 2005, the Court received the Federal Defendants' Status Report which advised the Court that the expected date for the completion of the Northern San Juan Basin EIS is now pushed back to October 2005, that the parties have proposed to move forward with briefing on the issues relating to plaintiffs' challenge to the Southern Ute FEIS, and proposed a schedule for submission of the administrative record and briefing of issues related to plaintiffs' challenge.

Accordingly, the status conference set for June 22, 2005 is VACATED, and the schedule set forth in the Federal Defendants' Status Report is approved and made an Order of Court.

DATED:  June 21, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge