IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 00-cv-00379-PSF-OES

SAN JUAN CITIZENS' ALLIANCE,
SOUTHERN UTE GRASSROOTS ORGANIZATION,

    Plaintiffs,

v.

GAIL A. NORTON, Secretary, United States Department of the Interior; and the
UNITED STATES BUREAU OF LAND MANAGEMENT,

    Defendants,

and

SOUTHERN UTE INDIAN TRIBE, and
AMOCO PRODUCTION COMPANY,

    Intervenors.

## ORDER REGARDING NOTICE OF WITHDRAWAL

THIS MATTER is before the Court on defendants' Notice of Withdrawal of Counsel (Dkt. # 143).  In accordance with D.C.COLO.LCivR 83.3D, the Court does not recognize a "notice of withdrawal," only motions to withdraw by counsel.  Nevertheless, the matter appears moot because of defendants' Notice of Substitution of Counsel, filed December 2, 2004 (Dkt. # 129), which the Court construed in part as a motion to withdraw, and this Court's Order granting the withdrawal of Stephen D. Taylor (Dkt. # 130).

    DATED:  June 29, 2005

                                                      BY THE COURT:

                                                    s/ Phillip S. Figa
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge