**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  00-cv-0379-REB-CBS

SAN JUAN CITIZENS' ALLIANCE, et al.

    Plaintiff,

v.

BRUCE BABBITT, SECRETARY, et al.

    Defendants.

and

SOUTHERN UTE INDIAN TRIBE, et al.

**MINUTE ORDER**[1]

    The matter comes before the court on the **Federal Defendants' Combined Motion to File Sur-Reply and Sur-Reply to Plaintiffs' Motion to Amend Judgment** [#180] filed May 26, 2009.  The motion is **GRANTED**.  The federal defendants may file a sur-reply by the Friday, **May 29, 2009**, and the sur-reply shall not exceed ten (10) pages.

    Dated:  May 27, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.