**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  00-cv-0379-REB-CBS

SAN JUAN CITIZENS' ALLIANCE, et al.

      Plaintiff,

v.

BRUCE BABBITT, SECRETARY, et al.

      Defendants,

and

SOUTHERN UTE INDIAN TRIBE, et al.

      Intervenors.

## ORDER DENYING AS MOOT MOTION TO AMEND JUDGMENT

**Blackburn, J.**

The matter before me is plaintiffs' **Motion To Amend Judgment** [#174] filed April 14, 2009.  Plaintiffs seek amendment of that portion of the judgment in this case awarding defendants their costs.  Defendant United States Bureau of Land Management was the only party to seek costs as provided by the judgment.  (**See Proposed Bill of Costs** [#175] filed April 17, 2009.)  The Deputy Clerk of the Court ultimately found that the costs requested were not awardable pursuant to 28 U.S.C. § 1920 and taxed no costs against plaintiffs.  Defendant did not timely appeal that decision.  It, therefore, appears that plaintiff's motion is moot.

**THEREFORE, IT IS ORDERED** that plaintiffs' **Motion To Amend Judgment** [#174] filed April 14, 2009, is **DENIED AS MOOT**.

Dated June 29, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge